UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr1526-JTM |
| Plaintiff, | ) | |
| v. | ) | |
| **ANNA MARTIZZA HERNANDEZ**, | ) | ORDER |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** upon joint motion of all the parties (docket no. 29), that the sentencing hearing currently set for January 11, 2008 and be continued to *February 1, 2008, at 9:00 a.m.*

**SO ORDERED.**

DATED: January 10, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge